IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JASON JOAQUIN STROUD                                      PLAINTIFF

v.                                       NO. 1:10CV279-P-S

LADDIE HUFFMAN, ET AL.                                    DEFENDANTS

## JUDGMENT

Upon consideration of the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge dated June 29, 2011, and the July 8, 2011, objections to the Report and Recommendation, the court finds that the plaintiff's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore **ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated June 29, 2011, is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2. That defendants Treddis Anderson and Andrew Cotton are **DISMISSED** with prejudice from this case.

3. That the case will proceed as to the defendants remaining in this case.

This the 2nd day of August, 2011.

                                                         /s/ W. Allen Pepper, Jr.
                                                         W. ALLEN PEPPER, JR.
                                                         UNITED STATES DISTRICT JUDGE